IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES IN EXHIBIT A[1] |

**ORDER**

Pending is Wyeth's Motion to Set Deadline for Return of Updated Authorizations (Doc. No. 2007). Plaintiffs have responded.

Wyeth asserts that it needs updated medical authorization so that it may collect medical documents necessary to conduct PPO-9 depositions. This seems reasonable to me.

Wyeth's Motion to Set Deadline for Return of Updated Authorizations (Doc. No. 2007) is GRANTED. Accordingly, the Plaintiffs listed in Exhibit A, who have not already done so, are directed to submit updated medical authorization[2] to Wyeth by 5 p.m., April 17, 2009. Failure to do so may result in dismissal for failure to prosecute.

IT SO ORDERED this 17th day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court is directed to file this order in the *In re Prempro* case and in each case listed in Exhibit A.

[2] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

## EXHIBIT A

| Case Number | Name(s) |
|---|---|
| 4:04-cv-01008 | Weatherford, Diane |
| 4:04-cv-01032 | Cincotta, Sandra |
| | Dalier, Claire R. |
| | Davis, Sylvia |
| | McNally, Cheryl |
| | Weaker, Francine |
| | Jones, Dorothy |
| | Poole, Cheryl |
| | Glancey, Judith |
| | Stewart, Gloria |
| 4:04-cv-01035 | Augustine, Carol |
| 4:04-cv-01042 | Simmons, Judith N. |
| 4:04-cv-01236 | Tropea, Carol |
| 4:04-cv-01284 | Namin, Hourieh |
| 4:04-cv-01312 | Kowal, Lois J. |
| 4:04-cv-01314 | McDonald, Joyce A. |
| | Hartfield, Brenda |
| 4:04-cv-01381 | Torkie-Tork, Georgia |
| 4:04-cv-01448 | Chapan, Joanne |
| | Dodgson, Elizabeth |
| | Epstein, Rochelle |
| | Fischer, Myrna |
| | Giammanco, Marie |
| | Cotroneo, Phyllis |
| | Dittmar, Michelle |
| | Gray, Diane |
| | Kopetic, Kathy |
| | McIntosh, Miriam |
| | Simmons, Ethel |
| | Mescall, Lucille |
| 4:04-cv-01542 | Richardson, Shirley P. |
| 4:04-cv-02260 | Sharma, Mithlesh |
| 4:04-cv-02284 | Briggs, Paula |
| 4:04-cv-02298 | Hernandez, Marcelina |
| | Macias, Lucille |
| | West, Carleen |
| | Bauman, Bobbie J. |
| | Turner, Pamela |
| | Zanyk, Lois Fern |
| 4:04-cv-02311 | Golden, Ellen |
| 4:04-cv-02313 | Gardner-Moss, Lynn |
| 4:05-cv-00719 | Davis, Maxine |